UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| NORGAN ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>MCCALL SERVICE, INC.,<br><br>Defendant. | **Civil Action File No.:** |

# COMPLAINT

Plaintiff Norgan Anderson ("Mr. Anderson") states his complaint against the above-named Defendant as follows.

1. This is a complaint for unpaid overtime wages and retaliation under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* (the "FLSA").

2. This Court has jurisdiction over this case, and venue is proper in this Court.

3. Defendant McCall Service, Inc. ("McCall Service") is a Florida corporation that provides commercial and residential pest control services in Georgia and Florida. McCall Service maintains an office at 1216 Dawson Road, Unit 201, in Albany, Georgia.

4. During each of the three years preceding the filing of this complaint, McCall Service's gross annual revenue exceeded $500,000.

5. During each of the three years preceding the filing of this complaint, McCall Service employed one or more individuals who engaged in interstate commerce.

6. Within the three-year period preceding the filing of this complaint, McCall Service employed Mr. Anderson as a pest control technician at its location in Albany, Georgia.

7. McCall Service paid Mr. Anderson a flat rate per week for his services.

8. Mr. Anderson routinely worked more than 40 hours per week for McCall Service.

9. McCall Service did not pay Mr. Anderson 1.5 times his regular hourly rate for his working hours over 40 per week.

10. COUNT 1 (unpaid overtime) – McCall Service violated the FLSA by failing to pay Mr. Anderson proper overtime compensation for his working hours over 40 per week.

11. McCall Service terminated Mr. Anderson on or about August 30, 2017.

12. McCall Service terminated Mr. Anderson because Mr. Anderson told a customer that McCall Service was not paying him properly.

13. COUNT 2 (retaliation) – McCall Service violated the FLSA by terminating Mr. Anderson's employment because he informed a customer that he believed

the company was not paying him properly.

14. Defendant's violations of the FLSA described above were willful.

Based on the above facts, Mr. Anderson requests a jury trial on all triable issues and asks the Court for the following relief: unpaid overtime wages, front pay, back pay, liquidated damages as permitted by the FLSA, compensatory damages, prejudgment interest, litigation costs, attorneys' fees, and other relief deemed appropriate by the Court.

Respectfully submitted on November 28, 2017.

*s/ Regan Keebaugh*
Regan Keebaugh
Georgia Bar No. 535500

Radford & Keebaugh, LLC
315 W. Ponce de Leon Ave.
Suite 1080
Decatur, Georgia 30030
T: (678) 271-0300
F: (678) 271-0311
regan@decaturlegal.com